E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 364-1234 Telephone
(702) 364- 1442 Facsimile
Ebbesqltd@yahoo.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONAS RAND, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT; OFFICER DARREN RIGSBY, individually and in his official capacity; OFFICER THATCHER, individually and in his official capacity; DOE OFFICERS I through X inclusive; and ROE OFFICERS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00541-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 16 |

IT IS HEREBY STIPULATED, by and between Plaintiff, JONAS RAND, by and through his counsel of record, E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, Ltd., and Defendants NORTH LAS VEGAS POLICE DEPARTMENT; OFFICER DARREN RIGSBY, individually and in his official capacity; OFFICER THATCHER, individually and in his official capacity (each an "Individual Defendant" and collectively the "Individual Defendants"), by and through their attorney of record, Noel E. Eidsmore, Esq., Chief Deputy Attorney, Civil Division, City of North Las Vegas, Nevada, (collectively "the parties"), that the parties hereby stipulate to and agree as follows:

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiff JONAS RAND and Defendants NORTH LAS VEGAS POLICE DEPARTMENT; OFFICER DARREN RIGSBY, individually and in his official capacity; OFFICER THATCHER, individually and in his official capacity (each an "Individual Defendant" and collectively the "Individual Defendants"); and

2. Each party will bear its own attorney fees and costs.

DATED this 25th day of July, 2022.

By: /s/ E. Brent Bryson
E. BRENT BRYSON, ESQ.
E. BRENT BRYSON, LTD.
Nevada Bar No. 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
*Attorney for Plaintiff*

DATED this 25th day of July, 2022.

By: /s/ Noel E. Eidsmore
NOEL E. EIDSMORE, ESQ.
Nevada Bar No. 7688
Chief Deputy Attorney – Civil
City of North Las Vegas
2250 Las Vegas Blvd. North, #810
Las Vegas, NV 89101
*Attorney for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2022